**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DANILO CHAY CHIM,

                Petitioner,

      v.

JOHN TSOUKARIS, et al.,

                Respondents.

Civil Action No. 26-1452 (JXN)

**MEMORANDUM AND ORDER**

**NEALS**, District Judge

Before the Court is Petitioner Danilo Chay Chim's ("Petitioner") Motion to Reopen this matter, challenging the immigration court's denial of bond. (Mot. to Reopen, ECF No. 8.) Petitioner also asks the Court to find that the immigration court is not an "independent adjudicative body." (*Id.* at 4–10.)

This Court lacks jurisdiction to review any discretionary determinations underlying the immigration judge's bond decision, but it can review whether the bond hearing was fundamentally unfair. *Ghanem v. Warden Essex Cnty. Corr. Facility*, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022). The Court notes that Petitioner's Motion to Reopen is not a substitute for an appeal of the immigration judge's order denying bond.

Accordingly

**IT IS**, on this 7th day of April 2026,

**ORDERED** that the Clerk of Court shall **REOPEN** this matter; and it is further

**ORDERED** that within fourteen (14) days of the date of the entry of this Order, Respondents shall file a response to Petitioner's Motion, along with a copy of the hearing transcript from Petitioner's bond hearing; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Motion within seven (7) days after Respondents' response if filed; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Order upon the parties electronically.

                                                      _____

JULIEN XAVIER NEALS
United States District Judge